AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California (San Jose Division)__

| | |
|---|---|
| TERESA MAULDIN, et al.<br>     Plaintiff (s),<br>V.<br>3M COMPANY, et al.<br>     Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 5:20-cv-07212-LHK |

Notice is hereby given that, subject to approval by the court, __ALLSTAR FIRE EQUIPMENT__ substitutes
(Party (s) Name)

__J. Scott Wood__, State Bar No. __136306__ as counsel of record in
(Name of New Attorney)

place of __Muhammed T. Hussain__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name:   FOLEY & MANSFIELD, PLLP

 Address:    2185 N. California Boulevard, Suite 575, Walnut Creek, CA 94596

 Telephone:   (206) 456-5360   Facsimile (206) 456-5361

 E-Mail (Optional): swood@foleymansfield.com

I consent to the above substitution.
Date: 11/16/20
                 */s/ A. Sposato - President, Allstar Fire Equipment Co.*
                 (Signature of Party (s))

I consent to being substituted.
Date: 11/12/20
                 (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11/16/20
                 */s/ J. Scott Wood*
                 (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____        _____
                          Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

**CERTIFICATE OF SERVICE**

I, the undersigned, declare as follows:

I am employed in the County of Contra Costa, California, and I am over the age of 18 years and not a party to the within action. My business address is 2185 North California Boulevard, Suite 575, Walnut Creek, CA 94596.

On the date executed below, the following document(s):

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY [J. SCOTT WOOD]**

is/are being filed electronically through the Electronic Case Filing (ECF) system provided by the Court and shall be available for viewing and downloading from the ECF system by all counsel of record and to those registered to receive a Notice of Electronic Filing for this case.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this declaration was executed on November 16, 2020, at Martinez, California.

*Michelle Arslanian*
Michelle C. Arslanian